United States District Court
Northern District of California

1
2      UNITED STATES DISTRICT COURT
3      NORTHERN DISTRICT OF CALIFORNIA
4      SAN JOSE DIVISION
5

| | |
|---|---|
| LAMETRICE NEAL,<br><br>        Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No.  15-cv-05123-BLF<br><br>**ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE** |

The Case Management Conference set for April 7, 2016 is RESET for March 17, 2016 at 2:00 p.m.  While counsel are welcome to attend the Case Management Conference in person, all counsel are granted permission to appear by Court Call.  Counsel wishing to appear by Court Call must contact Court Call in advance of the hearing to arrange for the telephonic appearance.

**IT IS SO ORDERED.**

Dated:  March 2, 2016

_____
BETH LABSON FREEMAN
United States District Judge