# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LAMETRICE NEAL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 15-cv-05123-BLF<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.** |

On December 9, 2016, Plaintiff filed a notice of settlement with Experian (ECF 65). Plaintiff is hereby ordered to show cause in writing and on or before April 24, 2017 why the Court should not dismiss Experian. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against Experian and will issue an order of dismissal.

**IT IS SO ORDERED.**

Dated: April 17, 2017

_____
BETH LABSON FREEMAN
United States District Judge